No. 02–11041. BROWN v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 02–11042. BRINKLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11043. QUASHIE v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–11044. WHITTINGTON v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 02–11045. JACKSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–11046. NORMAN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–11047. MARTELL, AKA CARTER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–11048. KING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11049. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11050. BIRCH v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 02–11051. BROWN v. UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. C. A. 4th Cir. Certiorari denied.

No. 02–11052. BARTLETT v. HARVIEL, JUDGE, ALAMANCE COUNTY DISTRICT COURT, NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–11053. COLVIN v. TAYLOR. C. A. 8th Cir. Certiorari denied.

No. 02–11054. DANIELS v. LEE, WARDEN. C. A. 4th Cir. Certiorari denied.